FILED.

DATED: 10:01 am, April 01, 2022

U.S. MAGISTRATE JUDGE

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270
Fax: 702.388.6418
Jean.Ripley@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj- 00261-BNW |
| Plaintiff, | **COMPLAINT** for violation of: |
| v. | Operating a Motor Vehicle while Under the Influence of Alcohol 36 C.F.R. § 4.23(a)(1); and |
| ADAM GENE JOHNSEN, | |
| Defendant. | Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher 36 C.F.R. § 4.23(a)(2) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

COUNT ONE
Operating a Motor Vehicle while Under the Influence of Alcohol
(36 C.F.R. § 4.23(a)(1))

On or about September 5, 2021, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**ADAM GENE JOHNSEN**,

defendant herein, operated a white 2021 Chevrolet Silverado bearing Nevada registration 250ZUR under the influence of alcohol to a degree that rendered the defendant incapable of safe operation, to wit **JOHNSEN** turned southbound on Northshore Road from

1 Government Wash Road and was observed weaving in the travel lane, crossing the white
2 fog line approximately six different times, each time for about four to five seconds;
3 **JOHNSEN's** pace was approximately 55 miles per hour in a 50 mile per hour zone and 35
4 miles per hour in a 15 mile per hour zone; **JOHNSEN's** eyes were bloodshot and glassy;
5 **JOHNSEN** admitted to drinking a couple of beers, but "not like drunk, no;" **JOHNSEN**
6 later admitted that he drank three or four 12-ounce cans of Blue Moon beer; **JOHNSEN**
7 stated that he was normally a heavy drinker but he was not wild that day; there were three
8 children in the back seat and an adult female in the front passenger seat; **JOHNSEN**
9 performed poorly on the Standard Field Sobriety Tests and was unable to provide a breath
10 sample for the "Intoxilyzer 8000" test due to continuous belching; **JOHNSEN** consented to
11 withdrawal of his blood, which was analyzed and found to contain a concentration of
12 ethanol of 0.146g/100ml +/- 0.007g/100ml of blood, all in violation of Title 36, Code of
13 Federal Regulations, Section 4.23(a)(1).

## COUNT TWO
Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher
(36 C.F.R. § 4.23(a)(2))

On or about September 5, 2021, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area,

**ADAM GENE JOHNSEN**,

defendant herein, operated a white 2021 Chevrolet Silverado bearing Nevada registration 250ZUR, with an alcohol concentration in the defendant's breath of 0.08 grams or more of alcohol per 100 milliliters of breath, to wit: **JOHNSEN** consented to a withdrawal of his blood for testing, which was analyzed and found to contain a concentration of ethanol of 0.146g/100ml +/- 0.007g/100ml of blood, all in violation of Title 36, Code of Federal Regulations, Section 4.23(a)(2).

Complainant, Christopher J. Raynolds, states the following as and for probable cause:

1. Complainant is a Park Ranger with the National Park Service, Lake Mead National Recreation Area, Clark County, Nevada, and has been employed as a law enforcement officer for over 20 years.

2. The following information is the result of my own involvement in this investigation, as well as information and reports provided to me by other law enforcement officers:

 (a) On September 5, 2021, National Park Service Ranger Jacob Lewis was on routine patrol within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada.

 (b) Ranger Lewis observed a dust cloud around the intersection of Northshore Road and Government Wash Road. A white 2021 Chevrolet Silverado bearing Nevada registration 250ZUR turned southbound on Northshore Road from Government Wash Road. Ranger Lewis followed behind the vehicle and observed it weaving in the travel lane and cross over the white fog line approximately six different times, each time for about four to five seconds. Ranger Lewis further observed the vehicle travel at a pace of approximately 55 miles per hour in a 50 mile per hour zone and, once the zone changed, 35 miles per hour in a 15 mile per hour zone.

 (c) Ranger Lewis activated his emergency lights and pulled over the white 2021 Chevrolet Silverado bearing Nevada registration 250ZUR. The operator of the vehicle was identified as **ADAM GENE JOHNSEN** by a Nevada driver's license he provided to Ranger Lewis. There were three children in the back seat and an adult female sitting in the front passenger seat.

(d) During his face-to-face contact with **JOHNSEN**, Ranger Lewis observed that **JOHNSEN's** eyes were bloodshot and glassy. **JOHNSEN** admitted to drinking a couple of beers. **JOHNSEN** also admitted that he drank three or four 12-ounce cans of Blue Moon beer. **JOHNSEN** stated that he was not drunk, and that although he was normally a heavy drinker, he was not wild that day. Ranger Lewis administered to **JOHNSEN** the Field Sobriety Tests described below.

(e) The following are the results of the Standard Field Sobriety Test administered to **JOHNSEN** by Ranger Lewis:

1. Horizontal Gaze Nystagmus test: **JOHNSEN's** eyes lacked smooth pursuit and had distinct and sustained nystagmus at maximum deviation, and the onset of nystagmus prior to 45 degrees.

2. Walk and Turn test: **JOHNSEN** stopped while walking and missed heel-to-toe at least once.

3. One Leg Stand test: **JOHNSEN** swayed, used his arms for balance, and put his foot down at least once.

(f) Based on Ranger Lewis's training and experience, **ADAM GENE JOHNSEN's** physical and objective symptoms of intoxication and poor performance on the Field Sobriety Tests, Ranger Lewis formed the opinion that **JOHNSEN** had been operating a motor vehicle while under the influence of alcohol and placed **JOHNSEN** under arrest.

(g) **JOHNSEN** was transported to the Henderson Detention Center where Ranger Lewis and Ranger Nicholas Peterson attempted to administer an "Intoxilyzer 8000" breath test to him. During the deprivation period, it was observed that **JOHNSEN** belched several times and stated that he would continue to belch because he

4

1 | had "stomach issues." It was determined that **JOHNSEN** would be unable to complete the
2 | tests.
3 |    (h) **JOHNSEN** consented to providing a sample of his blood for testing.
4 | At the Henderson Detention Center, Registered Nurse Dale Lois Baker withdrew a sample
5 | of blood from **JOHNSEN** for testing purposes. His blood sample was analyzed by Las
6 | Vegas Metropolitan Police Department Forensic Scientist Denise K. Heineman, who
7 | determined it contained a concentration of ethanol of 0.146g/100ml +/- 0.007g/100ml of
8 | blood.

          _____
          CHRIS RAYNOLDS, Park Ranger
          National Park Service

Attest by the applicant in accordance with the requirements in Fed.R.Crim.P. 4.1 by telephone this ___1st___ day of April, 2022.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE