1  ADAM M. VANDER HEYDEN, ESQ.
   Nevada bar # 10462
2  6590 South Rainbow Boulevard – Suite #110
3  Las Vegas, NV 89118
   (702) 701-7800 (Phone)
4  (702) 701-7801 (Fax)
   adam@duidoctor.com
5  Attorney for Defendant – ADAM JOHNSEN
6

7                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**
                                 * * *
9

10 UNITED STATES OF AMERICA,        )    **2:22-mj-00261-BNW**
                                    )
11                                  )
                                    )
12         Plaintiff,               )    **STIPULATION AND ORDER**
                                    )
13 v.                               )
                                    )
14 ADAM JOHNSEN,                    )
                                    )
15         Defendant.               )
                                    )
16 _____  )

17

18       **STIPULATION AND ORDER TO AMEND CHARGE TO**

19          **RECKLESS DRIVING AND CLOSE CASE**

20       IT IS HEREBY STIPULATED AND AGREED by and between ADAM M. VANDER

21 HEYDEN, ESQ. Counsel for Defendant ADAM JOHNSEN and UNITED STATES

22 ATTORNEY'S OFFICE, that the original charge the Defendant plead to (Operating a Motor

23 Vehicle while Under the Influence of Alcohol), be amended to a Reckless Driving charge, which

24 the Defendant will enter a plea of guilty to, and the case subsequently closed, as all requirements

25 have been completed. The parties hereby move the court:

26       This Stipulation is entered into for the following reasons:

27       1. The Defendant has successfully completed all terms of the plea agreement.

28

                                   1

2. According to the terms of the plea agreement, the original charge the Defendant plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to a Reckless Driving, which the Defendant will enter a plea of guilty to, and the case subsequently closed.

DATED: March 6, 2023,

*Adam Vander Heyden*

ADAM M. VANDER HEYDEN, ESQ.
6590 S. Rainbow Blvd. – Suite #110
Las Vegas, Nevada 89118
Attorney for Defendant

*Chris Burton*

U.S. Attorney's Office.
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

2

ADAM M. VANDER HEYDEN, ESQ.
Nevada bar # 10462
6590 South Rainbow Boulevard – Suite #110
Las Vegas, NV 89118
(702) 701-7800 (Phone)
(702) 701-7801 (Fax)
adam@duidoctor.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**
* * *

UNITED STATES OF AMERICA,  )          **2:22-mj-00261-BNW**
                                                     )
                                                     )
          Plaintiff,                          )          **ORDER**
                                                     )
v.                                               )
                                                     )
ADAM JOHNSEN,                       )
                                                     )
          Defendant.                      )
_____)

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the parties move the court:

This Stipulation is entered into for the following reasons:

1. Mr. Johnsen has successfully completed all terms of the plea agreement.

2. According to the terms of the plea agreement, the original charge Mr. Johnsen plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to a Reckless Driving charge, and the case subsequently closed.

3

**ORDER**

IT IS HEREBY ORDERED that the parties move the court in above-referenced matter to

be amended from Operating a Motor Vehicle Under the Influence of Alcohol to a Reckless

Driving charge, and the case subsequently closed, as all requirements have been completed.

DATED this 28th day of _____ March _____, 2023.

_____

**MAGISTRATE JUDGE**

4